# 846 CASES REPORTED WITH BRIEF SYLLABI.

JAMES A. COMAR, Respondent, v. WILLIAM H. BYINGTON, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.; Smith, J., dissenting.

POOR'S PUBLISHING COMPANY, Plaintiff, v. BANCA MARMOROSCH BLANK & Co., SOCIETATE ANONIMA, Defendant.— Judgment ordered for defendant, without costs, on the authority of Wall v. Hess (194 App. Div. 456; affd., 232 N. Y. 472). Settle order on notice. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

MAX KANNENGIESSER, Respondent, v. HERMAN ADLER, Appellant.— Order affirmed, with costs. No opinion. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

CHARLES GREENBERG and Another, Copartners, etc., Appellants, v. NATHAN MAGER and Others, Copartners, etc., Respondents.— Determination affirmed, with costs. No opinion. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FREDERICK TORTORO, Appellant.— Judgment affirmed. No opinion. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

RICHARD MCCLATCHEY, Respondent, v. P. REARDON, INC., Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, on the ground that the finding of want of contributory negligence is against the weight of the evidence. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

ALFRED B. ADAMS and Another, Respondents, v. MARCELLUS HARTLEY DODGE and Another, Conducting or Heretofore Conducting Business under the Name of the REMINGTON ARMS-UNION METALLIC CARTRIDGE COMPANY, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

MARCU S. GROSS, Respondent, v. COSMOPOLITAN BANK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

ANNIE PFOTENHAUER, Respondent, v. THE EQUITABLE TRUST COMPANY OF NEW YORK, Appellant.— Determination affirmed, with costs. No opinion. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.; Smith, J., dissenting, holding that the delegation letter was in legal effect a draft.

OTTO MAIER, Appellant, v. HEDDEN IRON CONSTRUCTION COMPANY, INC., Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

MAX WACHTLER, Doing Business under the Firm Name and Style of CRESCENT SILK MILLS, Respondent, v. HABIB HOMSY and Another, Copartners, etc., Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

MAX WACHTLER, Doing Business under the Firm Name and Style of CRESCENT SILK MILLS, Respondent, v. HABIB HOMSY and Another, Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

PHILIP ITZKOWITZ, Appellant, v. NORMAR REAL ESTATE CORPORATION, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.; Greenbaum, J., dissenting.

ISAAC LEWIS and Another, Copartners, etc., Respondents, v. WILLIAM M.